**Order entered April 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01241-CV

### JON EVANS, Appellant

### V.

### LAURA MARTINEZ, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04781-D**

## ORDER

Before the Court is appellant's April 17, 2019 motion for an extension of time to file his brief due to a backlog of work caused by a recent medical incident. This is appellant's fourth extension motion. We **GRANT** the motion and extend the time to **May 3, 2019**. We caution appellant that any further extension requests will be disfavored.

/s/    ERIN A. NOWELL
        JUSTICE